# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:  3:09cr40/MCR/EMT
                3:12cv477/MCR/EMT

DAVID ALLEN GIRARD
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 29, 2015. ECF No. 98. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The motion to vacate, set aside, or correct sentence, ECF No. 73, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 30th day of March 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**